IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *
                              *
v.                            *      Civil Action No. WMN-12-1114
                              *
ASSORTED FIREARMS (BORD)      *
                              *
                              *
    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## MEMORANDUM AND ORDER

On April 16, 2012, the Government filed a Verified
Complaint for Forfeiture seeking the forfeiture of two firearms
that were seized at the residence of David Israel Bord on
December 8, 2009.  On May 16, 2012, Mr. Bord filed a Verified
Claim for Return of Seized Property, representing that he is the
lawful owner of the seized weapons and that he had all necessary
licenses and permits to possess those weapons.  ECF No. 4.  The
Government responded on June 11, 2012, indicating that the
seized firearms remain the subject of a criminal investigation
involving allegations of violations of federal firearms laws.
The Government asks that Mr. Bord's Verified Claim be dismissed
or, in the alternative, held in abeyance pending the completion
of the ongoing criminal investigation.  ECF No. 6.

As the Government notes, it is well-settled that the
government is entitled to seize property that is evidence in a
criminal proceeding, provided that the property is returned at
the conclusion of that proceeding, unless it is contraband or

1

otherwise subject to forfeiture.  See United States v. Rodriguez-Aguirre, 264 F.3d 1195, 1212-13 (10th Cir. 2001); United States v. Bein, 214 F.3d 408, 411 (3d Cir. 2000). Accordingly, IT IS this 22nd day of August, 2012, by the United States District Court for the District of Maryland ORDERED;

1) That the Verified Claim filed by David Israel Bord shall be held in abeyance pending the completion of the criminal investigation related to the seized property;

2) That the Government shall provide the Court with a report as to the status of the criminal investigation on or before January 4, 2013; and

3) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.

_____/s/_____

William M. Nickerson
Senior United States District Judge