*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*  
*United States Attorney*

*Michael C. Hanlon*  
*Chief, Violent Crimes*

*36 South Charles Street*  
*Fourth Floor*  
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4895*  
*MAIN: 410-209-4800*  
*FAX: 410-962-3124*  
*TTY/TDD: 410-962-4462*  
*Michael.Hanlon@usdoj.gov*

January 4, 2012

The Honorable William M. Nickerson  
United States District Judge  
U.S. Courthouse  
101 W. Lombard Street  
Baltimore, Maryland 21201

    Re:    <u>United States v. Assorted Firearms (David Bord)</u>  
            Case No. WMN-12-1114

Dear Judge Nickerson:

    I am writing to provide the Court with a status update concerning the above-referenced case. As the Court may recall, the government has initiated a forfeiture proceeding in this case with respect to two firearms. Relatedly, the defendant filed a motion for return of property relating to a number of other firearms. The parties have negotiated an agreed return of the firearms to the claimant with the exception of the two firearms that are the subject of the original forfeiture complaint. In effect, the dispute with respect to all but two of the firearms has been resolved (subject to the claimant making a final review of the returned property, which I believe he is in the process of doing now).

    With respect to the two remaining firearms, I believe that the parties are in agreement that the best course of action is to set this matter in for a schedule to allow for the provision of discovery and a hearing on the forfeiture issue. From my discussions with counsel for Mr. Bord, I believe that the parties were of the opinion that a period of approximately two months for discovery, followed by a hearing on a date convenient to the Court, would be sensible. Specifically, I would propose that counsel for Mr. Bord and I prepare a proposed discovery schedule for submission by the Court, and that the parties contact chambers to schedule a hearing date. My sense is that the parties believe that this issue can be resolved in a one or two day hearing.

    If this proposal is acceptable to the Court, I will confer with counsel about preparing a discovery schedule. The parties will also contact chambers to discuss a hearing date. If the Court prefers any other procedure, I am certainly happy to take whatever steps chambers thinks is best.

    Thank you for your consideration of this matter.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney


    By:_____/s/_____
        Michael C. Hanlon
        Assistant United States Attorney

cc:    Counsel via ECF

AGREED, the parties are instructed to contact chambers to arrange the scheduling of an evidentiary hearing in this matter.


_____
Honorable William M. Nickerson
United States District Judge