*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Michael C. Hanlon*
*Chief, Violent Crimes*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*DIRECT: 410-209-4895*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*
*TTY/TDD: 410-962-4462*
*Michael.Hanlon@usdoj.gov*

January 22, 2013

The Honorable William M. Nickerson
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    <u>United States v. Assorted Firearms (David Bord)</u>
            Case No. WMN-12-1114

Dear Judge Nickerson:

    As directed in the Court's January 8, 2013 order, I am writing to advise the Court of the parties' proposed discovery schedule, and possible dates for a hearing in this matter.

    Mr. Butler and I have conferred and we believe that wrapping up remaining discovery matters will be a straightforward procedure. Accordingly, the parties propose a period of 60 days during which to engage in document exchanges, and possibly to schedule depositions involving experts. Depositions at most would involve depositions of the firearms experts who may be called by either side.

    With respect to a hearing date, counsel and I are both available during the weeks of May 6 and May 13, 2013. We believe that the hearing may be conducted within a 2-day period during that time (assuming that period is clear for the Court).

    To summarize:

| | | |
|---|---|---|
| January 22, 2013 through April 1, 2013 | - | Discovery (including exchange of documents and/or depositions) |
| May 6 - May 17, 2013 (any two days) | - | Evidentiary hearing |

    I hope this schedule is agreeable to the Court. If the Court wishes to discuss further, or if the proposed May hearing dates are not available, the parties are happy to address that with the Court. I have provided a line for the Court's signature below if this schedule is appropriate.

      Thank you for your consideration of this matter.

                                    Respectfully submitted,

                                    Rod J. Rosenstein
                                    United States Attorney


                       By:_____/s/_____
                              Michael C. Hanlon
                              Assistant United States Attorney

cc:    Counsel via ECF

APPROVED,


_____
Honorable William M. Nickerson
United States District Judge