*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Michael C. Hanlon*<br>*Chief, Violent Crimes* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4895*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-3124*<br>*TTY/TDD: 410-962-4462*<br>*Michael.Hanlon@usdoj.gov* |

June 13, 2013

The Honorable William M. Nickerson
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    United States v. Assorted Firearms (David Bord)
                  Case No. WMN-12-1114

Dear Judge Nickerson:

    I contacted chambers yesterday and wanted to confirm in writing that the parties have reached a settlement in the above-referenced matter. Under the agreement, part of the contested property is being forfeited and part is being released. Counsel for the claimant sent me an email copy of the signed release agreement yesterday, and I anticipate filing that with the Court upon receipt of the original. The government will also be filing a proposed preliminary order of forfeiture with respect to the part of the property agreed to be forfeited in the agreement, and the parties are making arrangements for release of the remaining property to the claimant. My understanding from conferring with chambers yesterday is that the evidentiary hearing originally scheduled for today has been taken off calendar.

    Thank you for your consideration of this matter.

                                       Respectfully submitted,

                                       Rod J. Rosenstein
                                       United States Attorney

                        By:_____/s/_____
                              Michael C. Hanlon
                              Assistant United States Attorney

cc:    Counsel via ECF