UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                                      Civil No.: WMN-12-1114

    -against-

**ASSORTED FIREARMS (Bord),**

        **Defendant.**

-----------------------------------------------------------X

## MOTION FOR FINAL ORDER OF FORFEITURE

        The United States of America, by and through undersigned counsel, hereby moves for entry of an order of forfeiture, and in support of such motion states the following:

        1.    The Verified Complaint for Forfeiture of the defendant property was filed on or about April 16, 2012.

        2.    The defendant property was seized from David Bord ("Claimant") on or about June 26, 2011, by duly authorized officers of the Baltimore County Police Department, and then turned over to agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and is believed to be property involved in a violation of 26 U.S.C. § 5872 (violation of possessing unlicensed firearms and machine guns), and was therefore forfeitable to the United States pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872.

        3.    Beginning on a date shortly after the filing of the complaint, notice of the pendency of this case was posted on an official government internet site (www.forfeiture.gov) pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims for thirty (30) consecutive days.  Claimant filed a verified claim to the property on or about April 21,

2012.  No other claimant has come forward within the time allotted by law for the filing of claims, which is within sixty (60) days from the first date of publication.   Rule G(5)(a).

       4.       On or about June 13, 2013, the Claimants and the Government agreed to disposition of the forfeiture action against the defendant currency.  A copy of the settlement agreements are annexed hereto as **Exhibit A**.

       5.       According to the agreement with David Bord, the Government has agreed to release one LaFrance Specialties, Model UZI, 9mm caliber firearm, Serial Number UP00598, and one S&H Arms, Model G3, .308 caliber firearm, Serial Number A045636 with the exception of the firing mechanism assembly to the Claimant.   In return, the Claimant agreed not to contest the forfeiture of the firing mechanism assembly for the S&H Arms, Model G3, .308 caliber firearm, Serial Number A045636, pursuant to ATF Order 3310.4b, section 83(e)(2), to the Government and to relinquish all right, title and interest in that property. The Claimant also agreed to indemnify and hold the government harmless from and against all claims, damages, losses, and action resulting from or arising out of the seizure of the funds, and agreed to bear his own costs and attorney's fees.

       **WHEREFORE**, the United States of America respectfully requests that the Court enter judgment for the United States of America under the terms and conditions of the draft order submitted herewith for the convenience of the Court.

       Respectfully submitted,

       Rod J. Rosenstein
       United States Attorney

       /s/

Date: 07/09/2013       Michael C. Hanlon
       Assistant United States Attorney
       36 S. Charles Street, Fourth floor
       Baltimore, Maryland 21201
       Telephone (410) 209-4800